UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BORIS DAVIDOFF, OLGA DAVIDOFF,
LEONARD DAVIDOFF, YURIY DAVIDOFF,
JAMES BRUCE and
VLADIMIR KATS, on behalf of themselves and
others similarly situated,

                                     **Case No.: 2:22-cv-05329-ENV-SIL**

Plaintiffs,

-against-


THE VANGUARD GROUP, INC.,
THE VANGUARD GROUP FIDUCIARY TRUST
COMPANY, and
VANGUARD MARKETING CORPORATION,

Defendants.
------------------------------------------------------------------X

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the filing of Defendant The Vanguard Group, Inc.'s ("Vanguard") accompanying Memorandum of Law in Support of Rule 12(b)(6) Motion to Dismiss, and upon all prior papers and proceedings had herein, Vanguard will move the Court pursuant to Federal Rule of Civil Procedure 12(b)(6) for an order dismissing Plaintiffs' Amended Complaint with prejudice, finding that Plaintiffs have failed to state a claim upon which relief can be granted. Vanguard will move before the Honorable Eric N. Vitaliano, United States District Judge for the Eastern District of New York, in the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, at such time that the parties agree and the Court approves.

US.355167475.01

PLEASE TAKE FURTHER NOTICE that pursuant to this Court's December 22, 2022

Order, the deadline for opposition papers to be served is February 16, 2023, and the deadline for

reply papers to be served is February 27, 2023.

January 18, 2023                                    Respectfully Submitted,


                                                    /s/ *Sandra D. Grannum*
                                                    Sandra D. Grannum
                                                    Faegre Drinker Biddle & Reath LLP
                                                    1177 Avenue of the Americas, 41st Floor
                                                    New York, New York 10036
                                                    (212) 248-3140
                                                    sandra.grannum@faegredrinker.com

                                                    Emily A. Kile-Maxwell (admitted *pro hac vice*)
                                                    Faegre Drinker Biddle & Reath LLP
                                                    300 North Meridian Street Suite 2500
                                                    Indianapolis, IN 46204
                                                    (317) 237-1228
                                                    emily.kilemaxwell@faegredrinker.com

2

US.355167475.01