UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BORIS DAVIDOFF, OLGA DAVIDOFF,
LEONARD DAVIDOFF, YURIY DAVIDOFF,
JAMES BRUCE and VLADIMIR KATS, on behalf
of themselves and others similarly situated,

                    Plaintiffs,                    JUDGMENT

      v.                                                  22-CV-5329 (ENV)(SIL)

THE VANGUARD GROUP, INC., THE
VANGUARD FIDUCIARY TRUST
COMPANY, and VANGUARD MARKETING
CORPORATION,

                    Defendants.
-----------------------------------------------------------------X

An Order of the Honorable Eric N. Vitaliano, United States District Judge having been filed on January 8, 2025, adopting the Report and Recommendation of Magistrate Steven I. Locke, dated November 12, 2024, granting the Motion to Dismiss for Failure to State a Claim; denying the Motion for Sanctions; granting the Motion to Strike; and dismissing plaintiffs' claims with prejudice, *Narayanan v. Garland,* No. 22-CV-5661 (EK)(LB), 2023 WL 6307872, at *7 (E.D.N.Y. Sept. 28, 2023) citing Wallace v. Conroy, 945 F. Supp. 628, 639 (S.D.N.Y. 1996); it is

ORDERED and ADJUDGED that the Motion to Dismiss for Failure to State a Claim is granted; the Motion for Sanctions is denied; the Motion to Strike is granted; and that plaintiffs' claims are dismissed with prejudice, *Narayanan v. Garland,* No. 22-CV-5661 (EK)(LB), 2023 WL 6307872, at *7 (E.D.N.Y. Sept. 28, 2023) citing Wallace v. Conroy, 945 F. Supp. 628, 639 (S.D.N.Y. 1996).

Dated: Brooklyn, New York                                              Brenna B. Mahoney
        January 10, 2025                                               Clerk of Court

By:     */s/Jalitza Poveda*
          Deputy Clerk